# United States District Court
# For The Western District of North Carolina
# Statesville Division

MICHAEL H. ROBINSON,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:09CV131

IREDELL COUNTY SHERIFF'S DEPARTMENT,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011, Order.

                                                      Signed: November 29, 2011

                                                      Frank G. Johns, Clerk
                                                      United States District Court