# United States District Court
## For The Western District of North Carolina
## Statesville Division

MICHAEL H. ROBINSON,

    Plaintiff(s),

vs.

IREDELL COUNTY SHERIFF'S DEPARTMENT,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV131

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011, Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court